1
2
3
4
5
6

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JACK IN THE BOX INC.,

CASE NO. 5:13-cv-04444 EJD

Plaintiff(s),

**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION**

v.

DEEPAK MEHTA, et. al.,

Defendant(s).

_____/

With regard to Plaintiff's ex parte application filed October 1, 2013 (see Docket Item No. 15), the court orders as follows:

      1.    Any opposition to the ex parte shall be filed on or before **October 8, 2013, at 12:00 p.m.**

      2.    A hearing on the ex parte application is scheduled for **October 11, 2013 at 1:30 p.m.**

      3.    Plaintiff shall immediately serve a copy of this order on Defendants and file a certification of service indicating that service has been completed on or before **October 4, 2013.**

**IT IS SO ORDERED.**

Dated: October 2, 2013

_____
EDWARD J. DAVILA
United States District Judge