WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
KELLI M. KENNADAY (SBN 155153)
kkennaday@wilkefleury.com
MEGAN A. LEWIS (SBN 221263)
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Deepak Mehta, Kiran Mehta, Mehta Enterprises, Inc., and Deepak Enterprises, Inc.

**IT IS SO ORDERED**
[Signature]
Judge Edward J. Davila
10/23/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX, INC., a Delaware corporation formerly known as Foodmaker, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DEEPAK MEHTA, an individual; KIRAN MEHTA, an individual; MEHTA ENTERPRISES, INC., a suspended California corporation; DEEPAK ENTERPRISES, INC., a California corporation, <br><br> Defendant. | Case No. 5:13-cv-4444 EJD <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

This Stipulation is entered into by and between Plaintiff Jack in the Box, Inc. ("Plaintiff"), by and through its attorney Robert S. McWhorter, and Defendants Deepak Mehta, Kiran Mehta, Mehta Enterprises, Inc., and Deepak Enterprises, Inc. (collectively "Defendants"), by and through their attorney Kelli M. Kennaday.

///

///

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

Defendants are granted an extension up to and including November 8, 2013 within which to respond to the complaint in the above matter.

DATED: October 21, 2013        WILKE, FLEURY, HOFFELT,
                               GOULD & BIRNEY, LLP


                         By:   /s/ Kelli M. Kennaday
                               KELLI M. KENNADAY
                               Attorneys for Defendants Deepak Mehta, Kiran
                               Mehta, Mehta Enterprises, Inc., and Deepak
                               Enterprises, Inc.

DATED: October 21, 2013        NOSSAMAN LLP


                               /s/ Robert S. McWhorter (as authorized on
                         By:   10/21/13)
                               ROBERT S. McWHORTER
                               Attorneys Plaintiff Jack in the Box, Inc.