United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX INC., | CASE NO. 5:13-cv-04444 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| DEEPAK MEHTA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Statement (see Docket Item No. 42), the court finds that a Status Conference is unnecessary at this time. Accordingly, the Status Conference scheduled for December 6, 2013, is VACATED. The Case Management Conference scheduled for January 17, 2013, and the associated statement deadline shall remain as set.

**IT IS SO ORDERED.**

Dated:  December 2, 2013

EDWARD J. DAVILA
United States District Judge