United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX INC., | CASE NO. 5:13-cv-04444 EJD |
| Plaintiff(s), | **ORDER RE: ADR STATUS AND PENDING MOTIONS** |
| v. | |
| DEEPAK MEHTA, et. al., | |
| Defendant(s). | |

As discussed at the hearing on February 14, 2014, the court orders as follows with regard to ADR and the currently-pending motions:

1. On or before **February 21, 2014**, the parties shall file an ADR Status Notice disclosing the name of the private mediator. In that same notice, the parties shall also provide the date and time for the mediation.

2. The hearing on the Motion to Intervene filed by Proposed Intervenor GE Captial Bank ("GECB") (Docket Item No. 29) is CONTINUED to **April 3, 2014, at 1:30 p.m.** A decision on GECB's Motion for Leave to File a Motion for Reconsideration (Docket Item No. 66) is DEFERRED pending the outcome of settlement discussions.

3. A decision on Proposed Intervenor McLane Foodservice, Inc.'s Motion to Intervene and Motion to Amend the Turnover Order (Docket Item Nos. 50, 52) is DEFERRED pending the outcome of mediation.

4. All further briefing deadlines applicable to Plaintiff Jack in the Box's Motion for Partial Summary Judgment (Docket Item No. 72) are STAYED pending further order of the court.  Defendants' Motion for Extension of Time (Docket Item No. 79) requesting similar relief is TERMINATED AS MOOT.

5. At this time, the hearing on the Motion for Partial Summary Judgment shall remain as scheduled for May 16, 2014.  The court, however, will continue to monitor its calendar and will consider advancing the hearing date should appropriate circumstances allowing for an earlier hearing date arise.

**IT IS SO ORDERED.**

Dated:  February 18, 2014



EDWARD J. DAVILA
United States District Judge