IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX, INC., | CASE NO. 5:13-cv-04444 EJD |
| Plaintiff(s), | **ORDER VACATING MOTION HEARING** |
| v. | |
| DEEPAK MEHTA, et. al., | |
| Defendant(s). | |

Having reviewed the papers filed in connection with Defendants' Motion for an order directing Plaintiff to pay McLane Foodservices, Inc. (Docket Item No. 124), the court finds the matter suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing scheduled for August 22, 2014, is VACATED, and an order addressing all pending motions will be filed on or before that same date.

**IT IS SO ORDERED.**

Dated: August 20, 2014

EDWARD J. DAVILA
United States District Judge