UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX, INC., a Delaware corporation formerly known as Foodmaker, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK MEHTA, an individual; KIRAN MEHTA, an individual; MEHTA ENTERPRISES, INC., a California corporation; DEEPAK ENTERPRISES, INC., a California corporation,<br><br>Defendants. | Case No. 5:13-cv-4444 EJD<br><br>**ORDER RE: DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME FOR ITS RENEWED MOTION TO COMPEL**<br><br>Date: [_____]<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor<br>280 South 1st Street<br>San Jose, CA 95113<br>Before: The Hon. Paul S. Grewal<br><br>Date Action Filed: September 25, 2013 |

Defendants' ex parte application for an order, pursuant to Civil Local Rule 6-3 to shorten time for hearing on Defendants' Motion to Compel Plaintiff Jack in the Box Inc.'s Responses to Defendants' Request for Production of Documents and Interrogatories (the "Motion") was duly submitted to this Court for consideration. Defendants submitted papers in support and Plaintiff submitted no papers in opposition.

Upon review of the files, records and proceedings, including Defendants' memorandum and papers in support of a time-shortened hearing, Defendants' papers in

support of the Motion, and Plaintiff's papers in opposition to a time-shortened hearing, and based on the current fact discovery cutoff date of June 29, 2015, the Court finds good cause to GRANT Defendants' Motion for Hearing on Shortened Time.

IT IS HEREBY ORDERED that Defendants' motion for hearing on shortened time on its Motion is GRANTED.

1. Defendants' Motion shall be heard on shortened time on June 9, 2015 at 10:00 a.m. JIB's opposition to this Motion must be filed and served no later than June 8, 2015, at 12:00 noon. No reply shall be filed.

IT IS SO ORDERED.

DATED: June 3, 2015

_____
United States Magistrate Judge