LECLAIRRYAN
Robert S. McWhorter (CA 226186)
*robert.mcwhorter@leclairryan.com*
Kevin T. Collins (CA 185427)
*Kevin.collins@leclairryan.com*
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone: 916.449.9690
Facsimile: 916.449.9694

Attorneys for Plaintiff
JACK IN THE BOX INC.,
a Delaware corporation, formerly known as Foodmaker, Inc.

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 12/15/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK IN THE BOX INC., a Delaware corporation, formerly known as Foodmaker, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>DEEPAK MEHTA, an individual; KIRAN MEHTA, an individual; MEHTA ENTERPRISES, INC., a suspended California corporation; DEEPAK ENTERPRISES INC., a California corporation,<br><br>Defendants. | Case No:   5:13-cv-04444-EJD<br><br>**FIFTH STATUS REPORT REGARDING ORDER GRANTING PLAINTIFF'S MOTION TO AMEND TURNOVER ORDER AND APPROVE PRIVATE FORECLOSURE SALE** |

1  Plaintiff, Jack in the Box Inc., provides this Status Report regarding the Order Granting
2  Plaintiff's Motion to Amend Turnover Order and Approve Private Foreclosure Sale (the
3  "Order")(Docket Item 116).   Capitalized terms not otherwise defined herein shall have the
4  meaning ascribed to those terms in the Order.
5  On May 19, 2014, the Court entered the Order approving and authorizing a private
6  foreclosure sale (the "Sale") of the GECB Collateral by GECB to Plaintiff pursuant to the terms
7  of the APA.   The APA conditioned the closing of the Sale upon Plaintiff's satisfactory
8  completion of a due diligence review and additionally contemplated a closing on or before
9  October 1, 2014.   Due to unanticipated developments in this case, Closing has not occurred and
10  Plaintiff and GECB have agreed to extend the Outside Date for Closing on more than one
11  occasion.    Plaintiff has notified the Court of such amendments by filing prior Status Reports
12  with the Court.
13  On August 28, 2015, this Court entered its Order vacating all pretrial dates, discovery
14  cutoff dates, expert disclosures and trial dates pending the Court's ruling on Jack in the Box,
15  Inc.'s Summary Judgment Motion (Docket No. 266).   Pending the Court's ruling on the
16  Summary Judgment Motion, Jack in the Box has not committed the substantial resources
17  required to complete both its diligence review and a closing of the Sale.   Accordingly, as
18  permitted by the APA approved by the Court, Plaintiff and GECB have again agreed to extend
19  the Outside Closing Date, as defined in the APA, to January 31, 2016.   JIB retains the right to
20  terminate the APA until five calendar days prior to Closing.   Plaintiff has again agreed to make
21  monthly payments, retroactive to August, 2014, to GECB in the amount of $50,000 (the "Interim
22  Payments") until the earlier of July 31, 2015 or the actual Closing.   The Interim Payments will
23  ///
24  ///
25  ///
26  ///
27
28

1

JIB'S STATUS REPORT REGARDING ORDER GRANTING
MOTION TO AMEND TURNOVER ORDER AND
APPROVE PRIVATE FORECLOSURE SALE
4844-9655-1711.1

Case No. 5:13-CV-04444-EJD

1 | reduce the principal obligation owing from the Defendants to GECB and will reduce the
2 | Purchase Price.
3 |
4 | Dated:  December 9, 2015                              LECLAIRRYAN
5 |
6 |                                                       By:   /s/  Robert S. McWhorter
                                                                Robert S. McWhorter
7 |                                                       Attorneys for Plaintiff
                                                          JACK IN THE BOX INC.

2

JIB'S STATUS REPORT REGARDING ORDER GRANTING                           Case No. 5:13-CV-04444-EJD
MOTION TO AMEND TURNOVER ORDER AND
APPROVE PRIVATE FORECLOSURE SALE
4844-9655-1711.1