UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEPAK MEHTA, et al.,<br><br>    Defendants. | Case No. 5:13-cv-04444-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Because the parties represent in their joint statement (Dkt. No. 292) that a proposed stipulated judgment will be filed by July 22, 2016, the court finds that a Trial Setting Conference is premature at this time.

Accordingly, the Trial Setting Conference scheduled for July 21, 2016, is CONTINUED to **11:00 a.m. on August 18, 2016.** The parties shall file an updated Joint Trial Setting Conference Statement on or before **August 8, 2016.** Counsel are advised that personal appearances will be required at the continued Trial Setting Conference; requests for telephonic appearance will not be granted and should not be submitted.

The motion to appear by telephone (Dkt. No. 295) is TERMINATED as moot.

**IT IS SO ORDERED.**

Dated: July 18, 2016

                                                EDWARD J. DAVILA
                                                United States District Judge