UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK IN THE BOX INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK MEHTA, et al.,<br><br>Defendants. | Case No. 5:13-cv-04444-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 15, 2016, the court issued an order continuing the Trial Setting Conference to September 8, 2016, and requiring the parties to file an updated Joint Trial Setting Conference Statement on or before August 29, 2016, if a stipulated judgment was not filed before such date. As of the date and time this was order was filed, the parties have not complied with the August 15th Order and the time for compliance has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on September 8, 2016, at 8:00 a.m. in Courtroom No. 1, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **4:00 p.m. on September 2, 2016**. In doing so, however, they

1

Case No.: 5:13-cv-04444-EJD
ORDER TO SHOW CAUSE

must (1) explain their failure to comply with the original deadline to file an updated joint statement, and (2) must also actually file an updated joint statements as required by the August 15th Order.

**IT IS SO ORDERED.**

Dated: August 31, 2016



EDWARD J. DAVILA
United States District Judge